May Term, 1839.

SUMMY *v.* MULFORD and Others.—In error.

IT was held in this case, that after a party had erected a mill-dam, he could not, under the statute of 1831, have a writ of *ad quod damnum.* *Smith* v. *Olmstead,* ante, p. 37 (1).

(1) The law is now otherwise. The statute of 1842 enacts, " that it shall be lawful for any person who has already erected a dam, to make application for a writ of *ad quod damnum* in like manner as if he were desirous of erecting a dam, but had not already done it." Acts of 1842, p. 158.